CHARLES DEUTERMAN et al., as Executors of CHARLES DEUTER-
MAN, Deceased, Appellants, *v.* ALEXANDER POLLOCK et al.,
Respondents.

*Deuterman* v. *Gainsborg,* 54 App. Div. 575, affirmed.
(Argued April 16, 1902; decided October 7, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 26, 1901, modifying and affirming as modified a judg-
ment in favor of defendants entered upon a decision of the
court on trial at Special Term.

*Eugene Frayer* for appellants.

*Wilson Brown, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN,
CULLEN and WERNER, JJ.